UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BENJAMIN B.,                               )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    ) Civil no. 1:17-cv-00423-LEW
                                           )
                                           )
SOCIAL SECURITY ADMINISTRATION             )
COMMISSIONER,                              )
                                           )
          Defendant.                       )


**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


The United States Magistrate Judge filed with the Court on October 8,

2018 his Recommended Decision (ECF No. 17).   The Plaintiff filed his

objections to the Recommended Decision on October 23, 2018 (ECF No. 18) and

the Defendant filed her response to those objections on November 5, 2018 (ECF

No. 19).  I have reviewed and considered the Magistrate Judge's Recommended

Decision, together with the entire record; I have made a de novo determination

of all matters adjudicated by the Magistrate Judge's Recommended Decision;

and I concur with the recommendations of the United States Magistrate Judge

for the reasons set forth in his Recommended Decision, and determine that no

further proceeding is necessary.


1.     It is therefore **ORDERED** that the Recommended Decision of the

Magistrate Judge is hereby <u>AFFIRMED</u>.

2.      It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

<u>/s/ Lance E. Walker</u>
LANCE E. WALKER
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2018.